UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Karen Ross v. Bayer HealthCare Pharmaceuticals Inc. , et al.* | 3:09-cv-10071-DRH |
| *Paula Ellis v. Bayer Corporation, et al.* | 3:10-cv-11525-DRH |
| *Barbie Bretz. v. Bayer Corporation, et al.* | 3:10-cv-11733-DRH |
| *Brenda Loughrey v. Bayer Schering Pharma AG, et al.* | 3:10-cv-12812-DRH |
| *Paula Bowman v. Bayer Corporation, et al.* | 3:10-cv-20112-DRH |
| *Faye Rudd v. Bayer Corporation, et al.* | 3:10-cv-20155-DRH |
| *Jolene Pittillo. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-11871-DRH |

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 3, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT

                        BY: /s/*Sara Jennings*
                                **Deputy Clerk**

Dated: July 15, 2013

APPROVED: David R. Herndon 2013.07.15 13:14:14 -05'00'
           CHIEF JUDGE
           U. S. DISTRICT COURT